AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
**Ricardo Antonio Rubio-Morales**

AKA: Daniel Garcia-Morales

IAE  YOB: 2000
El Salvador
(Name and Address of Defendant)

United States Courts
Southern District of Texas
FILED

*November 23, 2021*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-21-2473-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 22, 2021** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Ricardo Antonio Rubio-Morales was encountered by Border Patrol Agents near Rio Grande City, Texas on November 22, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on November 22, 2021, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on September 3, 2021, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA M. Mitchell

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

November 23, 2021   6:48 AM

/S/ Margaret Gonzalez
Signature of Complainant

Margaret Gonzalez    Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer